**FILED**
October 15, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.  **6:21-cr-00178** |
| | * | |
| Plaintiff | * | I N F O R M A T I O N |
| | * | |
| V. | * | [VIO: 18 U.S.C. 641 – Theft of Government Property] |
| | * | |
| JERRY LYNN HUCKABEE | * | |
| | * | |
| Defendant | * | |

THE UNITED STATES ATTORNEY CHARGES:

From on or about June 19, 2010, and continuing without interruption until on or about January 4, 2019, in the Western District of Texas, the Defendant,

**JERRY LYNN HUCKABEE**,

did knowingly embezzle, steal, purloin or knowingly convert to his use, property of the United States Department of Health and Human Services, a department or agency of the United States, and the value of such property in the aggregate amount exceeds $1,000, in violation of Title 18, United States Code, Section 641.

ASHLEY C. HOFF
United States Attorney

By:   GREGORY S. GLOFF
Assistant United States Attorney